USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SHEILA BERGER,                      :
                                    :
                     Plaintiff,     :
                                    :         07 CIV 9750(VM)
                                    :
          - against -               :
                                    :         ORDER
                                    :
SUNIL, PATEL, MANISHA PATEL &       :
AMERICAN HOME REALTY,               :
                                    :
                     Defendants.    :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint filed in this matter the Court has noted that plaintiff Sheila Berger ("Berger") asserts that she is a resident of New York, New York; defendants Sunil Patel and Manisha Patel are citizens of New Jersey residing in Jersey City, New Jersey; and defendant American Homes Realty Inc. is a New Jersey corporation with its principal place of business in Jersey City, New Jersey (collectively "Defendants"). The complaint indicates that the events that gave rise to the action occurred in connection with a written agreement between the parties with respect to the purchase by Berger from Defendants of a property located in Jersey City, New Jersey. It therefore appears that in whole or in major part the material events, documents, persons and potential witnesses related to this action are located in the District of New Jersey, and that questions may exist regarding this

Court's exercise personal jurisdiction over some or all of the Defendants. Accordingly, it is hereby

**ORDERED** that to aid the Court's assessment of whether, for the convenience to the parties and witnesses, in the interest of justice and sound judicial administration, venue for this matter more properly lies in the District of New Jersey, the Court directs plaintiff Sheila Berger ("Berger") to respond November 14, 2007, in a letter to the Court not to exceed three (3) pages, showing cause why this matter should not be transferred to the District of New Jersey pursuant to 28 U.S.C. § 1404(a); and it is further hereby

**ORDERED** that Berger serve a copy of this Order on the named defendants herein through counsel if known, and that the defendants may respond by letter not to exceed three (3) pages submitted to the Court by November 17, 2007.

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         9 November 2007

_____
Victor Marrero
U.S.D.J.